# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5224**                                   **September Term, 2025**

**1:25-cv-04480-CRC**

**Filed On: June 12, 2026** [2178493]

Joyce Beatty,

       Appellee

   v.

Donald J. Trump, et al.,

       Appellants

## O R D E R

The notice of appeal was filed on June 11, 2026, and docketed in this court on June 12, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 13, 2026 |
| Docketing Statement Form | July 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | July 13, 2026 |
| Procedural Motions, if any | July 13, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 13, 2026 |
| Statement of Issues to be Raised | July 13, 2026 |
| Transcript Status Report | July 13, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | July 13, 2026 |
| Dispositive Motions, if any | July 27, 2026 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5224**                                **September Term, 2025**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | July 13, 2026 |
| Procedural Motions, if any | July 13, 2026 |
| Dispositive Motions, if any | July 27, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)