# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Joyce Beatty

**v.**
Donald Trump, et al.

**Case No:** 26-05224

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Joyce Beatty

### Counsel Information

Lead Counsel: Nathaniel Avi Gideon Zelinsky

Direct Phone: ( 202 ) 521-8760  Fax: ( 202 ) 521-8745  Email: nzelinsky@washingtonlitigationgroup.or

2nd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: Washington Litigation Group

Firm Address: 1717 K St. NW, Suite 1120, Washington, DC, 20006

Firm Phone: ( 202 ) 521-8760  Fax: ( ___ ) ___-___  Email: nzelinsky@washingtonlitigationgroup.or

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)