# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Joyce Beatty

**v.**
Donald Trump, et al.

**Case No:** 26-5224

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Donald J. Trump | John Falconetti |
| Richard Grenell | Brian D. Ballard |
| Jennifer Fischer | Maria Bartiromo |
| Sergio Gor | Pamela J. Bondi |

### Counsel Information

Lead Counsel: Brantley T. Mayers

Direct Phone: ( 202 ) 890-9874  Fax: (___) ____-____  Email: brantley.t.mayers@usdoj.gov

2nd Counsel:

Direct Phone: (___) ____-____  Fax: (___) ____-____  Email:

3rd Counsel:

Direct Phone: (___) ____-____  Fax: (___) ____-____  Email:

Firm Name:

Firm Address:

Firm Phone: (___) ____-____  Fax: (___) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## **Additional Parties Represented**

- Mary Helen Bowers
- Hannah F. Buchan
- Robert Castellani
- Elaine Chao
- Pamella Roland Devos
- Patricia Duggan
- Emilia May Fanjul
- Lynette Friess
- Pamela Gross
- Lee Greenwood
- Kate Adamson Haselwood
- Laura Ingraham
- Michele Kessler
- Dana Kraft
- Mindy Levine
- Lynda Lomangino
- Barbara Long
- Allison Lutnick
- Douglas Manchester
- Catherine B. Reynolds
- Denise Saul
- Dan Scavino
- Cheri Summerall
- Usha Vance
- Susie Wiles
- Andrea Wynn
- Paolo Zampolli
- Robert F. Kennedy, Jr.
- Marco A. Rubio
- Linda McMahon
- Mike Johnson

- Sam Graves
- Julia Letlow
- Mike McCaul
- John Thune
- Shelley Moore Capito
- Susan Collins
- Trustees of the John F. Kennedy Center for the Performing Arts
- John F. Kennedy Center for the Performing Arts