# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Joyce Beatty

**v.**

Donald J. Trump, et al.

**Case No:** 26-5224

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Joyce Beatty

### Counsel Information

Lead Counsel: Norman Larry Eisen

Direct Phone: ( 202 )  594-9958   Fax: (____) _____-_____   Email: norman@democracydefenders.org

2nd Counsel:

Direct Phone: (____) _____-_____   Fax: (____) _____-_____   Email:

3rd Counsel:

Direct Phone: (____) _____-_____   Fax: (____) _____-_____   Email:

Firm Name: Democracy Defenders Action

Firm Address: 600 Pennsylvania Ave. SE # 15180, Washington, D.C. 20003

Firm Phone: ( 202 )  594-9958   Fax: (____) _____-_____   Email: norman@democracydefenders.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)