**[ORAL ARGUMENT NOT YET SCHEDULED]**

**No. 26-5224**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

JOYCE BEATTY,
Plaintiff-Appellee,

v.

DONALD J. TRUMP, *et al.*,
Defendants-Appellants.

On Appeal from the United States District Court
for the District of Columbia

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

BRETT A. SHUMATE
*Assistant Attorney General*
BRANTLEY T. MAYERS
*Attorney*
*Civil Division, Room 3338*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 890-9874*

Pursuant to D.C. Circuit Rule 28(a)(1), undersigned counsel certifies as follows:

**A.    Parties and Amici**

Plaintiff-appellee is Joyce Beatty. Defendants-appellants are the following individuals in their official capacity as trustees of the John F. Kennedy Center for the Performing Arts—Donald J. Trump, Jennifer Fischer, Sergio Gor, John Falconetti, Brian D. Ballard, Maria Bartiromo, Pamela Bondi, Mary Helen Bowers, Hannah F. Buchan, Robert Castellani, Elaine Chao, Pamella Roland Devos, Patricia Duggan, Emilia May Fanjul, Lynette Friess, Pamela Gross, Lee Greenwood, Kate Adamson Haselwood, Laura Ingraham, Michele Kessler, Dana Kraft, Mindy Levine, Lynda Lomangino, Barbara Long, Allison Lutnick, Douglas Manchester, Catherine B. Reynolds, Denise Saul, Dan Scavino, Cheri Summerall, Usha Vance, Susie Wiles, Andrea Wynn, Paolo Zampolli, Robert F. Kennedy, Jr., Marco Rubio, Linda McMahon, Mike Johnson, Sam Graves, Julia Letlow, Mike McCaul, John Thune, Shelley Moore Capito, and Susan Collins—as well as Matthew Floca (substituted for Richard Grenell) in his official capacity as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts, the Trustees of the John F. Kennedy Center for the Performing Arts, and the John F. Kennedy Center for the Performing Arts.

The Committee for the First Amendment and a group of alumni of the President's Advisory Committee on the Arts, the Kennedy Center Board of Trustees, and the President's Committee on the Arts and Humanities participated as amici in the district court. Those individual alumni are: Mary Boyle, Guy Cecil, Gilbert R. Cisneros Jr., Bruce Cohen, Sylvia Davis White, Catherine Gledhill, Sonya Halpern, Sharon Hoffman, Barry Karas, Shahid Khan, Robin Leeds, Amalia Perea Mahoney, Noah Mamet, Ronnie Planalp, Deborah Dozier Potter, Susan E. Rice, Diane Robertson, Rusty Rueff, Alexandra C. Stanton, Gary Sugarman, and Reginald Van Lee.

## B.     Rulings Under Review

The ruling under review is the order entered May 29, 2026 (ECF No. 49) granting partial summary judgment to Plaintiff-appellee. The accompanying opinion (ECF No. 50) is available at *Beatty v. Trump*, No. 25-cv-4480, --- F. Supp. 3d ---, 2026 WL 1505646 (D.D.C. May 29, 2026) (Cooper, J.).

## C.     Related Cases

This case has not previously been before this Court or any other court. A case pending in district court—*DC Preservation League v. Board of Trustees of the John F. Kennedy Center for the Performing Arts*, No. 26-cv-981 (D.D.C.) (Cooper, J.)—involves some of the same parties and issues.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

  */s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
  *Attorney*
  *Civil Division, Room 3338*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 890-9874*
  *brantley.t.mayers@usdoj.gov*

Dated: July 13, 2026