**UNITED STATES COURT OF APPEALS**

**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5224                                    2. DATE DOCKETED: 6/12/2026

3. CASE NAME (lead parties only) Joyce Beatty        v. Donald J. Trump, et al.

4. TYPE OF CASE: ☐ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court        ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?        ○ Yes ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 25-cv-4480            Bankruptcy _____            Tax _____
      Criminal _____           Adversary _____
      Miscellaneous _____      Ancillary _____

   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Christopher R. Cooper                    Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 5/29/2026    e. Date notice of appeal filed: 6/11/2026

   f. Has any other notice of appeal been filed in this case?    ○ Yes ⦿ No    If YES, date filed: _____

   g. Are any motions currently pending in trial court?  ○ Yes ⦿ No    If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ⦿ Yes ○ No
      If NO, why not? _____

   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____ ⦿ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes  ○ No If YES, give each case's court and case name, and docket number:
      DC Preservation League v. Board of Trustees of the John F. Kennedy Center for the Performing Arts, No. 26-cv-981 (D.D.C.)

   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes ○ No
      If YES, give popular name and citation of statute 20 U.S.C. §§ 76h, 76i(a), 76j(b), 76l(b), 76q

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes ⦿ No    If so, provide program name and participation dates _____

Signature /s/ Brantley T. Mayers                    Date 7/13/2026
Name of Party Donald J. Trump, et al.
Name of Counsel for Appellant/Petitioner Brantley T. Mayers
Address 950 Pennsylvania Avenue NW, Washington DC 20530
Phone ( 202 ) 890-9874        Fax ( ___ ) _____

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)