**[ORAL ARGUMENT NOT YET SCHEDULED]**

**No. 26-5224**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

JOYCE BEATTY,
Plaintiff-Appellee,

v.

DONALD J. TRUMP, *et al.*,
Defendants-Appellants.

On Appeal from the United States District Court
for the District of Columbia

**NONBINDING STATEMENT
OF ISSUES TO BE RAISED ON APPEAL**

BRETT A. SHUMATE
  *Assistant Attorney General*
BRANTLEY T. MAYERS
  *Attorney*
  *Civil Division, Room 3338*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 890-9874*

Defendants-appellants anticipate raising the following issues:

(1) Whether the district court erred in concluding that Appellee has Article III standing to challenge the Board of Trustees' December 18, 2025 vote to add Donald J. Trump's name to the Center.

(2) Whether the district court erred in concluding that the Board of Trustees' vote to add Donald J. Trump's name to the Center violated the terms of the Center's organic statute and erred in entering permanent relief accordingly.

(3) Whether the district court erred in concluding that the Board of Trustees' May 2025 bylaw amendments—which rendered *ex officio* trustees non-voting members—violated the terms of the Center's organic statute and erred in entering permanent relief accordingly.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
  *Attorney*
  *Civil Division, Room 3338*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 890-9874*
  *brantley.t.mayers@usdoj.gov*

Dated: July 13, 2026