[ORAL ARGUMENT NOT YET SCHEDULED]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| JOYCE BEATTY,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants-Appellants. | No. 26-5224 |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO FILE OPENING BRIEF**

Appellants respectfully request a 30-day extension of time, to October 28, 2026, within which to file their opening brief. This motion is unopposed.

1. This appeal arises from Representative Joyce Beatty's suit against the Board of the John F. Kennedy Center for the Performing Arts. In December 2025, after the Board passed a resolution, the Center erected signage on the Center's front portico identifying the Center as the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts." In May 2026, the district court permanently enjoined implementation of the naming resolution. Dkt. 49, at 2. The Board appealed.

2. Appellants' opening brief is currently due September 28, 2026. Appellants respectfully request that this deadline be extended by 30 days, such that appellants' opening brief is due October 28, 2026.

3. Good cause supports the requested extension. On August 13, 2026, the Board passed a new resolution that would recognize President Trump in other ways. Dkt. No. 66-2. The Board believes that the resolution is fully compliant with both the district court's injunction and the Center's statutory obligations, but Appellee has sought an emergency injunction barring the Center from effectuating the resolution. To facilitate the district court's resolution of Appellee's motion, the Center has agreed not to effectuate its plan before October 8, 2026. The requested extension will ensure that all challenges to actions taken by the Board can be considered in an efficient manner.

4. Appellee does not oppose the extension.

For the foregoing reasons, the Court should grant appellants a 30-day extension, to and including October 28, 2026.

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Attorney
Civil Division, Room 3338
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 890-9874

SEPTEMBER 2026

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d), because it contains 263 words according to the count of Microsoft Word and is printed in Calisto MT 14-point font.

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS