[ORAL ARGUMENT NOT YET SCHEDULED]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| JOYCE BEATTY,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants-Appellants. | No. 26-5224 |

**UNOPPOSED MOTION TO WITHDRAW MOTION FOR AN EXTENSION OF TIME**

Appellants respectfully move to withdraw their motion for an extension of time to file the opening brief. This motion is unopposed.

1. This appeal arises from Representative Joyce Beatty's suit against the Board of the John F. Kennedy Center for the Performing Arts. In December 2025, after the Board passed a resolution, the Center erected signage on the Center's front portico identifying the Center as the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts." In May 2026, the district court permanently enjoined implementation of the naming resolution. Dkt. 49 at 2. The Board appealed.

2. Appellants' opening brief is currently due September 28, 2026. Yesterday, Appellants moved for a thirty-day extension of this deadline in the light of litigation in the district court concerning a resolution the Board passed on August 13, 2026, that would recognize President Trump in other ways. Dkt. 66-2. When Appellants filed their motion for an extension of time, Appellee's motion for an emergency injunction concerning this resolution was pending in the district court. To facilitate the district court's resolution of Appellee's motion, the Center agreed not to effectuate its plan before October 8, 2026, and Appellants expected a ruling around that time. Appellants believed that the requested extension would ensure that all challenges to actions taken by the Board could be considered in an efficient manner, including in a consolidated appeal in this Court if necessary.

3. Today, the district court ruled on Appellee's motion, granting in part and denying in part the motion. *See* Dkt. 77. Appellants have noticed an appeal from this order, *see* Dkt. 79, and soon will move to consolidate that appeal with this one. Given that the district court has issued its decision, the reason for Appellant's motion for an extension of time no longer exists, and Appellants wish to proceed with the current briefing schedule. Appellants therefore move to withdraw that motion.

4. Appellee does not oppose this motion.

For the foregoing reasons, the Court should grant Appellants' motion to withdraw the motion for an extension of time.

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Attorney
Civil Division, Room 3338
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 890-9874

SEPTEMBER 2026

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d), because it contains 345 words according to the count of Microsoft Word and is printed in Calisto MT 14-point font.

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS