[ORAL ARGUMENT NOT YET SCHEDULED]

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

JOYCE BEATTY,

Plaintiff-Appellee,

v.

DONALD TRUMP, et al.,

Defendants-Appellants.

Nos. 26-5224, 26-5322

**SUPPLEMENT TO MOTION TO RETAIN ORIGINAL BRIEFING DEADLINE, ALLOWING FOR EXPEDITED CONSIDERATION**

Yesterday, Appellants moved the Court to order that Appellants' opening brief in this consolidated appeal be due on September 28, 2026. *See* Doc. #2193454, *Beatty v. Trump*, 26-5224, 26-5322 (Sept. 16, 2026). Appellee does not oppose the briefing being combined into the single brief due September 28.

For the foregoing reasons, the Court should grant Appellants' motion to maintain the September 28, 2026, deadline for the opening brief in this consolidated case.

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Attorney
Civil Division, Room 3338
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 890-9874

SEPTEMBER 2026