# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5224** **September Term, 2026**

**1:25-cv-04480-CRC**

**Filed On: September 21, 2026** **[2194214]**

Joyce Beatty,

Appellee

v.

Donald J. Trump, et al.,

Appellants

------------------------------

Consolidated with 26-5322

**O R D E R**

Upon consideration of appellants' unopposed motion for an extension of time to file the opening brief; appellants' unopposed motion to withdraw the motion for extension of time; and appellants' motion to retain original briefing deadline, allowing for expedited consideration, and the supplement thereto, it is

**ORDERED** that the motion to withdraw is granted. The Clerk is directed to note on the docket that the motion for extension of time is deemed withdrawn. It is

**FURTHER ORDERED** that the motion to retain the original briefing deadlines is granted. The briefing deadlines established in the court's August 17, 2026, order remain in place.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk